UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-20046-PAS

DUEL CO., INC., a Japanese corporation,

      Plaintiff,

v.

BASS PRO SHOPS OUTDOOR WORLD, LLC, a
Missouri limited liability company,

      Defendant.

_____/

## ORDER GRANTING MOTION TO DISMISS CASE WITHOUT PREJUDICE

    This matter is before the Court upon the Plaintiff's Motion for Voluntary Dismissal Without Prejudice [D.E. 19 ]. Upon consideration, it is hereby ORDERED and ADJUDGED that the Plaintiff's Motion to Dismiss [D.E. 19 ] is GRANTED, and the above-styled case is hereby DISMISSED WITHOUT PREJUDICE. To the extent not otherwise disposed of, all pending motions are hereby DENIED AS MOOT. The Clerk is directed to CLOSE this matter.

    DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2014.

                        _____
                        UNITED STATES DISTRICT JUDGE

CC:
    Counsel of record via CM/ECF